UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2003 DEC 30 P 12: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

MARY LOGAN,

                Plaintiff,

v.

MERRIMAC PAPER CO., INC.
LEVERAGED EMPLOYEES' STOCK
OWNERSHIP PLAN AND TRUST, AND
GERARD J. GRIFFIN, JR., BREWSTER
STETSON, JAMES MORIARTY AND
JOHN T. LEAHY, as they are or were
Administrators and/or Trustees of the
Merrimac Paper Co., Inc. Leveraged
Employee Stock Ownership Plan,

                Defendants.

Civil Action No.: 03-CV-12351-RGS

---

## ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Brewster Stetson ("Stetson"), Gerard Griffin ("Griffin"), James Moriarty ("Moriarty"), and James Leahy ("Leahy") (collectively "individual Defendants") hereby move for an additional 28 days, or up to and including January 30, 2004, to serve their responses to Plaintiff's Complaint in the above-captioned matter. As grounds for this motion, the individual Defendants state that the additional time is necessary to prepare the appropriate response to Plaintiff's claims brought under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 et seq. On behalf of the individual Defendants, Richard W. Paterniti, counsel for Mr. Moriarty, conferred with Michael Cetrone, counsel for Plaintiff, who provided assent on behalf of Plaintiff to this motion. The individual Defendants agreed that they would not contest service of the Complaint in this matter and have agreed that service of process is sufficient.

- 2 -

WHEREFORE, the individual Defendants respectfully request that they be granted an extension of time of 28 days, or up to and including January 30, 2004, to serve their responses to Plaintiff's Complaint.

| | |
|---|---|
| MARY LOGAN | JAMES MORIARTY |
| By her attorney, | By his attorneys, |
| */s/ Michael Cetrone (rwp)* | */s/ Richard W. Paterniti* |
| Michael Cetrone (BBO# 079980)<br>Nutter McClennen & Fish, LLP<br>155 Seaport Blvd.<br>Boston, MA 02210<br>(617) 439-2243<br>Dated: December 29, 2003 | Joan Ackerstein, (BBO# 348220)<br>Richard W. Paterniti (BBO# 645170)<br>JACKSON LEWIS LLP<br>One Beacon Street, Suite 3300<br>Boston, Massachusetts 02108<br>(617) 367-0025<br>Dated: December 29, 2003 |

BREWSTER STETSON AND
JOHN T. LEAHY

By their attorneys,

*/s/ Christine O'Connor (rwp)*

Michael T. Gass (BBO#546874)
Christine M. O'Connor (BBO#647535)
PALMER & DODGE LLP
111 Huntington Avenue at Prudential Center
Boston, MA  02199
(617) 239-0343
Dated:   December 29, 2003

GERARD GRIFFIN

By his attorneys,

*/s/ Robert Morris (rwp)*

Robert P. Joy (BBO# 254820 )
Robert P. Morris (BBO# 546052)
MORGAN, BROWN & JOY
One Boston Place
Boston, MA  02108
(617) 523-6666
Dated: December 29, 2003

- 4 -

## CERTIFICATE OF SERVICE

This is to certify that on December 29, 2003, a copy of the foregoing document was served upon Plaintiff's Attorney, Michael Cetrone, Nutter McClennen & Fish, LLP, 155 Seaport Boulevard, Boston, MA 02210; Robert Morris, Morgan, Brown & Joy, One Boston Place, Boston, MA 02108; and Michael T. Gass and Christine M. O'Connor, Palmer and Dodge, LLP, 111 Huntington Avenue, Boston, MA 02108 (617) 239-0100, by first class mail, postage prepaid.

_____
Jackson Lewis LLP