UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MARY LOGAN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| MERRIMAC PAPER CO., INC. | * |
| LEVERAGED EMPLOYEES' STOCK | * |
| OWNERSHIP PLAN AND TRUST, | * |
| AND GERARD J. GRIFFIN, JR., | * |
| BREWSTER STETSON, JAMES | * |
| MORIARTY AND JOHN T. LEAHY, | * |
| as they are or were Administrators | * |
| and/or Trustees of the Merrimac | * |
| Paper Co., Inc. Leveraged Employee | * |
| Stock Ownership Plan, | * |
| | * |
| Defendants. | * |

Civil Action No. 03-12351-RGS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION OF DEFENDANT GERARD J. GRIFFIN, JR. TO DISMISS COUNT IV OF COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant Gerard Griffin, Jr. moves to dismiss Count IV of the Complaint with prejudice. The grounds in support of this motion, as set forth more fully in the memorandum of law supporting this motion, are that Plaintiff lacks standing to pursue this claim under 29 U.S.C. §1132 (c)(1)(B) of the Employee Retirement Income Security Act of 1974, and on the ground that Plaintiff fails to state a claim upon which relief can be granted under Section 1132(c)(1)(B).

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendant Griffin hereby requests oral argument on this motion as he believes that oral argument may assist the court in its review thereof.

Respectfully submitted,

GERARD J. GRIFFIN, JR.,

By his Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108-4472
Teleephone: (617) 523-6666
Telecopy: (617) 367-3125

By: /s/ Robert P. Joy
Robert P. Joy
B.B.O. #254820
Robert P. Morris
B.B.O. #546052

Dated: January 30, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on January 30, 2004, I caused a copy of the within pleading to be served by first class mail on Michael T. Gass and Christine M. O'Connor, Palmer & Dodge LLP, 111 Huntington Avenue at Prudential Center, Boston, MA 02199-7613, Joan Ackerstein and Richard W. Paterniti, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116 and on Michael T. Cetrone, Peter N. Baylor and Robert D. Webb, Nutter McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210-2604.

/s/ Robert P. Morris
Robert P. Morris