UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
MARY LOGAN,                          *
                                     *
              Plaintiff,             *
                                     *
v.                                   *
                                     *
MERRIMAC PAPER CO., INC.             *
LEVERAGED EMPLOYEES' STOCK           *    Civil Action No. 03-12351-RGS
OWNERSHIP PLAN AND TRUST,            *
AND GERARD J. GRIFFIN, JR.,          *
BREWSTER STETSON, JAMES              *
MORIARTY AND JOHN T. LEAHY,          *
as they are or were Administrators   *
and/or Trustees of the Merrimac      *
Paper Co., Inc. Leveraged Employee   *
Stock Ownership Plan,                *
                                     *
              Defendants.            *
*************************************
```

**MOTION OF DEFENDANT GERARD J. GRIFFIN, JR.
FOR LEAVE TO FILE MEMORANDUM OF LAW
IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), Defendant Gerard J. Griffin, Jr. moves for leave to file a memorandum of law in excess of 20 pages. Plaintiffs counsel has been informed of this motion, and has indicated his intent to oppose this motion. The grounds in support of this motion are as follows:

1.    The Plaintiff has filed a four (4) count Complaint seeking certain amounts allegedly owed to her under an employee stock ownership plan and promissory note. The Defendants are the Merrimac Paper Co., Inc. Leveraged Employees' Stock Ownership Plan and Trust (the "ESOP"), and four alleged fiduciaries of the ESOP (Gerard J. Griffin, Jr., Brewster Stetson, James Moriarty, John T. Leahy).

2.      The first three (3) counts of the Complaint are brought against all Defendants, and the fourth count against Mr. Griffin alone.

3.      The four individual defendants (Griffin, Stetson, Moriarty, Leahy) are this date filing a consolidated motion to dismiss the first three counts of the Complaint. The memorandum of law in support of this motion totals 20 pages.

4.      Defendant Griffin is also seeking to dismiss Count IV of the Complaint, brought solely against him. The legal argument in support of this motion, set forth in a further memorandum of law, totals four (4) pages. Defendant Griffin seeks leave to submit this further memorandum of law regarding Count IV, in order that he may oppose the claim brought solely against him, while joining in the arguments of the other individual defendants as to Counts I-III.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned counsel hereby certifies that Robert P. Morris, co-counsel for Defendant Griffin, conferred and attempted in good faith to resolve or narrow the issues by submitting a letter to Michael T. Cetrone, counsel for Plaintiff, dated January 26, 2004, to which Attorney Cetrone responded by letter dated January 27, 2004, in which he indicated his assent to the instant motion. (See attachments A and B hereto).

WHEREFORE, Defendant Griffin prays that the motion be granted, and that the memorandum of law submitted in support of his motion to dismiss Count IV of the Complaint be accepted for filing.

Respectfully submitted,

GERARD J. GRIFFIN, JR.,

By his Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108-4472
Teleephone:  (617) 523-6666
Telecopy:  (617) 367-3125

By: _____
Robert P. Joy
B.B.O. #254820
Robert P. Morris
B.B.O. #546052

Dated: January 30, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on January 30, 2004, I caused a copy of the within pleading to be served by first class mail on Michael T. Gass and Christine M. O'Connor, Palmer & Dodge LLP, 111 Huntington Avenue at Prudential Center, Boston, MA 02199-7613, Joan Ackerstein and Richard W. Paterniti, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116 and on Michael T. Cetrone, Peter N. Baylor and Robert D. Webb, Nutter McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210-2604.

_____
Robert P. Morris

$A$

# MORGAN, BROWN & JOY, LLP

### ATTORNEYS AT LAW
### ONE BOSTON PLACE
### BOSTON, MASSACHUSETTS 02108-4472
### TELEPHONE (617) 523-6666
### FACSIMILE (617) 367-3125

ROBERT P. MORRIS

DIRECT DIAL (617) 788-5018
rmorris@morganbrown.com

January 26, 2004

**BY TELEFAX (617-310-9243) &**
**FIRST CLASS MAIL**

Michael T. Cetrone, Esq.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

Re:    **William L. Provost, Jr. v. Brewster Stetson, et al.,**
       **Civil Action No. 03-12504-RGS;**
       **Mary Logan v. Brewster Stetson, et al.,**
       **Civil Action No. 03–12351-RGS**

Dear Mr. Cetrone:

This office represents the Defendant Gerard J. Griffin, Jr. in the above matters. I am writing pursuant to Local Rule 7.1(A)(3) to request your assent to a motion which we plan to file on behalf of Mr. Griffin on January 30, seeking leave to file a memorandum in excess of 20 pages, in accordance with Local Rule 7.1(B)(4). By way of a responsive pleading to the two complaints you filed, the four (4) individual defendants intend to file and serve a single memorandum of law in support of a motion to dismiss, seeking the dismissal of Counts I - III, brought against all four (4) individuals. It is currently anticipated that the memorandum of law seeking the dismissal of these three counts will come very close to 20 pages.

Mr. Griffin will also be moving to dismiss Count IV of the two complaints, directed solely against him. We intend to file on his behalf a separate memorandum of law seeking to dismiss this claim. While this memorandum is not finalized, we anticipate that it will be approximately 3-4 pages long. When this memorandum is considered with the consolidated memorandum addressing Counts I-III, brought against all the individuals, the total page count, for Mr. Griffin alone, will exceed 20. We ask that you assent to the motion for leave to file this memorandum regarding Count IV, which we do not anticipate will prejudice your clients in any way.

MORGAN, BROWN & JOY, LLP

Michael T. Cetrone, Esq.
January 26, 2004
Page 2

Please contact me after you have had a chance to review.

Very truly yours,

Robert P. Morris

cc:    Christine M. O'Connor, Esq.
       (by telefax and mail)
       Robert P. Joy, Esq.
       Richard W. Paterniti, Esq.
       (by telefax and mail)

 **Nutter**

*B*

**Michael T. Cetrone**
Direct Line: 617-439-2243
Fax: 617-310-9243
E-mail: mcetrone@nutter.com

January 27, 2004
103955-1


Robert P. Morris, Esq.
Morgan, Brown & Joy, LLP
Attorneys at Law
One Boston Place
Boston, MA 02108-4472

     Re:   William L. Provost, Jr. v. Brewster Stetson, et al., Civil Action No. 03-12504-RGS; Mary Logan v. Brewster Stetson, et al., Civil Action No. 03-12351-RGS

Dear Mr. Morris:

    Based on the terms which you set forth in your January 26, 2004 letter to me, I assent to your motion seeking leave to file a memorandum in excess of twenty pages.

                 Very truly yours,

                 Michael T. Cetrone

MTC/klm
cc:    Christine M. O'Connor, Esq.
       Robert P. Joy, Esq.
       Richard W. Paterniti, Esq.

**Nutter McClennen & Fish LLP ▪ Attorneys at Law**
World Trade Center West ▪ 155 Seaport Boulevard ▪ Boston, MA 02210-2604 ▪ 617-439-2000 ▪ Fax: 617-310-9000 ▪ www.nutter.com