UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARY LOGAN, | ) | CIVIL ACTION NO. 03-CV-12351-RGS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MERRIMAC PAPER CO., INC. | ) | |
| LEVERAGED EMPLOYEES' STOCK | ) | |
| OWNERSHIP PLAN AND TRUST, AND | ) | |
| GERARD J. GRIFFIN, JR., BREWSTER | ) | |
| STETSON, JAMES MORIARTY AND | ) | |
| JOHN T. LEAHY, as they are or were | ) | |
| Administrators and/or Trustees of the | ) | |
| Merrimac Paper Co., Inc. Leveraged | ) | |
| Employee Stock Ownership Plan, | ) | |
| | ) | |
| Defendants. | ) | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO
OPPOSE MOTION OF DEFENDANTS BREWSTER STETSON, JAMES MORIARTY,
GERARD GRIFFIN AND JOHN LEAHY TO DISMISS PLAINTIFF'S COMPLAINT
AND MOTION OF DEFENDANT GERARD J. GRIFFIN, JR.
TO DISMISS COUNT IV OF COMPLAINT**

Plaintiff, Mary Logan, hereby moves to extend the time provided under Local Rule

7.1(B)(2), for an additional 14 days, or up to and including February 27, 2004, to oppose the

Motion Of The Defendants To Dismiss Plaintiff's Complaint and the Motion Of Defendant

Gerard J. Griffin, Jr. To Dismiss Count IV of the Complaint.  As grounds for this Motion,

Plaintiff states that the additional time is necessary to prepare a complete opposition to

Defendants' Motions which assert various grounds in support of their requests to dismiss part,

or all, of the Complaint in this action.

Pursuant to Local Rule 7.1(A)(2), counsel for Plaintiff, Michael Cetrone, conferred

with Attorney Christine M. O'Connor, on behalf of the individual Defendants, who provided

assent on behalf of the individual Defendants to this Motion.

- 1 -

WHEREFORE, Plaintiff hereby respectfully requests that she be granted an extension of time of fourteen days, or up to and including February 27, 2004 to oppose the Motions of the Defendants to Dismiss all or part of Plaintiff's Complaint.

| | |
|---|---|
| **JAMES MORIARTY** | **MARY LOGAN** |
| By his attorneys, | By her attorney, |

*Richard W. Paterniti (MTC)*
Joan Ackerstein (BBO #348220)
Richard W. Paterniti (BBO #645170)
JACKSON LEWIS LLP
One Beacon Street, Suite 3300
Boston, MA 02108
(617) 367-0025
Dated: February // , 2004

*Michael T. Cetrone*
Michael T. Cetrone (BBO #079980)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000
Dated: February // , 2004

**BREWSTER STETSON AND
JOHN T. LEAHY**

By their attorneys,

*Christine O'Connor (MTC)*
Michael T. Gass (BBO #546874)
Christine M. O'Connor (BBO #647535)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0343
Dated: February // , 2004

**GERARD GRIFFIN**

By his attorneys,

*Robert Morris (MC)*
Robert P. Joy (BBO #254820)
Robert P. Morris (BBO #546052)
MORGAN, BROWN & JOY
One Boston Place
Boston, MA 02108
(617) 523-6666
Dated: February // , 2004

## CERTIFICATE OF SERVICE

This is to certify that on February **11**, 2004, a copy of the foregoing document was served upon Defendant James Moriarty's attorneys, Joan Ackerstein and Richard W. Paterniti, Jackson Lewis LLP, One Beacon Street, Suite 3300, Boston, MA 02108, Defendants Brewster Stetson and John T. Leahy's attorneys, Michael T. Gass and Christine M. O'Connor, Palmer & Dodge LLP, 111 Huntington Avenue, Boston, MA 02199, and Defendant Gerard Griffin's attorneys, Robert P. Joy and Robert P. Morris, Morgan, Brown & Joy, One Boston Place, Boston, MA 02108, by first class mail, postage prepaid.

Michael T. Cetrone