UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-CV-12351-RGS

MARY LOGAN

v.

MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEES' STOCK
OWNERSHIP PLAN AND TRUST, AND GERARD J. GRIFFIN, JR.,
BREWSTER STETSON, JAMES MORIARTY AND JOHN T. LEAHY, as they are or
were Administrators and/or Trustees of the Merrimac Paper Co., Inc.
Leveraged Employee Stock Ownership Plan

and

CIVIL ACTION NO. 03-CV-12504-RGS

WILLIAM L. PROVOST, JR.

v.

MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEES' STOCK
OWNERSHIP PLAN AND TRUST, AND GERARD J. GRIFFIN, JR.,
BREWSTER STETSON, JAMES MORIARTY AND JOHN T. LEAHY, as they are or
were Administrators and/or Trustees of the Merrimac Paper Co., Inc.
Leveraged Employee Stock Ownership Plan

ORDER ON DEFENDANTS'
MOTION TO CONSOLIDATE

April 2, 2004

STEARNS, D.J.

The court has received the thorough and persuasive decision of Magistrate Judge Collings in Eggert v. Merrimac Paper Co., et al., 03-CA-10048-RBC, denying in part and allowing in part defendants' motion to dismiss. As indicated might be the case in its February 24, 2004 Order, the court will *sua sponte* reconsider its denial of defendants'

motion to consolidate and order the above-captioned cases consolidated with Magistrate Judge Collings' case for all further proceedings.[1]  The court will adopt Magistrate Judge Collings resolution of the motion to dismiss in Eggert as it applies to the motions to dismiss pending in the above-captioned cases.  The parties are directed to notify Magistrate Judge Collings of any issues raised by these motions that have not been substantially addressed in Eggert (although the court sees none).

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] If the parties decline consent for all purposes, the court will convert this Order to an Order of Reference for case management and Report and Recommendation purposes.