UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MARY LOGAN, | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \* |
| | \* |
| MERRIMAC PAPER CO., INC. | \* |
| LEVERAGED EMPLOYEES' STOCK | \*    Civil Action No. 03-12351-RGS |
| OWNERSHIP PLAN AND TRUST, | \* |
| AND GERARD J. GRIFFIN, JR., | \* |
| BREWSTER STETSON, JAMES | \* |
| MORIARTY AND JOHN T. LEAHY, | \* |
| as they are or were Administrators | \* |
| and/or Trustees of the Merrimac | \* |
| Paper Co., Inc. Leveraged Employee | \* |
| Stock Ownership Plan, | \* |
| | \* |
| Defendants. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION OF DEFENDANT GERARD J. GRIFFIN, JR.
FOR LEAVE TO SUBMIT REPLY MEMORANDUM
<u>IN SUPPORT OF MOTION TO DISMISS</u>**

Pursuant to Local Rule 7.1(B)(3), Defendant Gerald J. Griffin seeks leave to submit a reply memorandum in support of his Motion to Dismiss Count IV of the Complaint. The grounds for this motion, as set forth in greater detail in the memorandum of law filed herewith, are that the Plaintiff's opposition to Mr. Griffin's motion contains erroneous and insubstantial arguments, to which Mr. Griffin seeks to respond. Mr. Griffin's motion is submitted within fourteen (14) days of March 31, on which date Magistrate Collings issued his "Memorandum and Order on Motion of Defendants Brewster Stetson and John T. Leahy to Dismiss Second Amended Complaint, Motion of Defendant Gerard J. Griffin, Jr. to Dismiss Plaintiffs' Second Complaint, and Defendant James Moriarty's Motion to Dismiss Plaintiffs' Second Amended Complaint," in <u>Alan R. Eggert and Ralph</u>

<u>Harrison v. The Merrimac Paper Co., Inc., et al.</u>, Civil Action No. 03-10048-RBC.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

The Individual Defendants have conferred with Plaintiff who did not assent, through her attorney, to the request by the Individual Defendants for leave to file a reply fourteen (14) days after Magistrate Judge Collings' decision in the <u>Eggert</u> case. Plaintiff, however, through her attorney, did assent to the request in this motion by the Individual Defendants' for leave to file a reply brief within fourteen (14) days of a decision on this motion.

WHEREFORE, Defendant Gerard J. Griffin prays that the motion be granted, and that the memorandum of law submitted herein be accepted for filing.

        Respectfully submitted,

        GERARD J. GRIFFIN, JR.,

        By his Attorneys,

        MORGAN, BROWN & JOY, LLP
        One Boston Place
        Boston, MA 02108-4472
        Telephone: (617) 523-6666
        Telecopy: (617) 367-3125

By: _____
        Robert P. Joy
        B.B.O. #254820
        Robert P. Morris
        B.B.O. #546052

Dated: April 14, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on April 14, 2004, I caused a copy of the within pleading to be served by first class mail on Michael T. Gass and Christine M. O'Connor, Palmer & Dodge LLP, 111 Huntington Avenue at Prudential Center, Boston, MA 02199-7613, Joan Ackerstein and Richard W. Paterniti, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116 and on Michael T. Cetrone and Robert D. Webb, Nutter McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210-2604.

_____
Robert P. Morris