# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LOGAN<br>     Plaintiff, | |
| v. | CIVIL ACTION NO.<br>03-12351-RGS (RBC) |
| THE MERRIMAC PAPER<br>COMPANY, INC., ET AL<br>     Defendants. | |

## *NOTICE OF CONFERENCE*

Please take notice that a **CONFERENCE** in the above-styled case is scheduled for **Wednesday, May 5, 2004 at 10:30 A.M.** in Courtroom #14, 5th Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

           **ROBERT B. COLLINGS**
           **United States Magistrate Judge**

           *Kathleen M. Dolan*
           **Deputy Clerk**
           **(617) 748-9229**

April 15, 2004.

Notice Sent to:
Michael T. Cetrone, Esquire
Robert P. Joy, Esquire
Michael T. Gass, Esquire
Joan I. Ackerstein, Esquire