UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY K. LOGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERRIMAC PAPER CO., INC. )<br>LEVERAGED EMPLOYEES' STOCK )<br>OWNERSHIP PLAN AND TRUST, )<br>MERRIMAC PAPER CO., INC., AND )<br>GERARD J. GRIFFIN, JR., BREWSTER )<br>STETSON, JAMES MORIARTY AND )<br>JOHN T. LEAHY, as they are or were )<br>Administrators and/or Trustees of the )<br>Merrimac Paper Co., Inc. Leveraged )<br>Employee Stock Ownership Plan, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 03-CV-12351-RGS |

### MARY K. LOGAN'S MOTION TO SUBMIT MEMORANDUM IN SUR-REPLY TO INDIVIDUAL DEFENDANTS' AND GERALD J. GRIFIFN'S REPLY MEMORANDA

Pursuant to Local Rule 7.1(B)(3), Plaintiff, Mary K. Logan, seeks leave to submit a sur-reply memorandum in response to Individual Defendants' And Gerald J. Griffin's Reply Memoranda. The grounds for this Motion are that Defendants' characterizations of certain facts and law, including their interpretations of the Magistrate Judge's Memorandum and Order in the case, Alan R. Eggert and Ralph Harrison v. The Merrimac Paper Co., Inc. et al., Civil Action No. 03-CV-10048-RBC, are confusing at best, and Plaintiff's Sur-Reply Memorandum should elucidate certain points which may assist the Court in making its determination as to Defendants' Motion To Dismiss.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

All counsel, except for one who could not be reached and is presently involved in another matter, have been conferenced. Plaintiff's counsel will supplement this certification comprehensively within the next day or so, but believes it is important to indicate notice of filing at this time.

WHEREFORE, Plaintiff, Mary K. Logan, requests that this Court grant her leave to file her Sur-Reply Memorandum, which is submitted with this Motion.

**MARY K. LOGAN**

By her attorneys,

*[signature]*

Michael T. Cetrone (BBO #079980)
Robert D. Webb (BBO #555666)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Dated: April 28, 2004
1322231.1