## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 MAY -6  A 11: 56

DISTRICT COURT
DISTRICT OF MASS.

```
*************************************
MARY LOGAN,                          *
                                     *
            Plaintiff,               *
                                     *
v.                                   *
                                     *
MERRIMAC PAPER CO., INC.             *
LEVERAGED EMPLOYEES' STOCK           *      Civil Action No. 03-12351-RGS
OWNERSHIP PLAN AND TRUST,            *
AND GERARD J. GRIFFIN, JR.,          *
BREWSTER STETSON, JAMES              *
MORIARTY AND JOHN T. LEAHY,          *
as they are or were Administrators   *
and/or Trustees of the Merrimac      *
Paper Co., Inc. Leveraged Employee   *
Stock Ownership Plan,                *
                                     *
            Defendants.              *
*************************************
```

## NOTICE OF APPEARANCE

Please enter the appearance of Robert P. Morris, Esq., Morgan, Brown & Joy, LLP,

One Boston Place, Boston, MA 02108-4472, as co-counsel for Gerard J. Griffin, Jr. in the above-

referenced matter.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

'04 MAY -6  A 11: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MARY LOGAN,                                    \*
                                               \*
            Plaintiff,                         \*
                                               \*
v.                                             \*
                                               \*
MERRIMAC PAPER CO., INC.                       \*        Civil Action No. 03-12351-RGS
LEVERAGED EMPLOYEES' STOCK                     \*
OWNERSHIP PLAN AND TRUST,                      \*
AND GERARD J. GRIFFIN, JR.,                    \*
BREWSTER STETSON, JAMES                        \*
MORIARTY AND JOHN T. LEAHY,                    \*
as they are or were Administrators             \*
and/or Trustees of the Merrimac                \*
Paper Co., Inc. Leveraged Employee             \*
Stock Ownership Plan,                          \*
                                               \*
            Defendants.                        \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

Please enter the appearance of Robert P. Morris, Esq., Morgan, Brown & Joy, LLP,

One Boston Place, Boston, MA 02108-4472, as co-counsel for Gerard J. Griffin, Jr. in the above-

referenced matter.

Respectfully submitted,

GERARD J. GRIFFIN, JR.,

By his Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108-4472
Telephone:  (617) 523-6666
Telecopy:  (617) 367-3125
rmorris@morganbrown.com

By: _____

Robert P. Joy
B.B.O. #254820
Robert P. Morris
B.B.O. #546052

Dated: May 5, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on May 5, 2004, I caused a copy of the within pleading to be served by first class mail on Michael T. Gass and Christine M. O'Connor, Palmer & Dodge LLP, 111 Huntington Avenue at Prudential Center, Boston, MA 02199-7613, Joan Ackerstein and Richard W. Paterniti, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116 and on Michael T. Cetrone and Robert D. Webb, Nutter McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210-2604.

_____

Robert P. Morris

2

# MORGAN, BROWN & JOY, LLP

ATTORNEYS AT LAW

ONE BOSTON PLACE

BOSTON, MASSACHUSETTS 02108-4472

TELEPHONE (617) 523-6666

FACSIMILE (617) 367-3125

FILED
IN CLERKS OFFICE

2004 MAY -5  A 10: 56

ROBERT P. MORRIS

DIRECT DIAL (617) 788-5018
rmorris@morganbrown.com

U.S. DISTRICT COURT
DISTRICT OF MASS.

May 5, 2004

Mary Johnson
Courtroom Clerk to the Honorable Richard G. Stearns
Clerk's Office, U.S. District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02110

Re:    Mary Logan v. Merrimac Paper Co. Inc. Leveraged Employees' Stock
Ownership Plan, et al.,
Civil Action Number 03-12351 (RGS)

Dear Ms. Johnson:

This office represents the Defendant Gerard J. Griffin, Jr. in this matter.
Please find enclosed for filing a Notice of Appearance. Virginia Hurley assured me that
such notice would be sufficient to allow me to begin receiving electronic notices in this
matter.

Very truly yours,

Robert P. Morris

cc:    Robert P. Joy, Esq.
Michael T. Gass, Esq.
Christine M. O'Connor, Esq.
Joan Ackerstein, Esq.
Richard W. Paterniti, Esq.
Michael T. Cetrone, Esq.
Robert D. Webb, Esq.