# United States District Court
# District of Massachusetts

MARY LOGAN,
    Plaintiff,

v.                                         CIVIL ACTION NO. 03-12351-RGS

THE MERRIMAC PAPER
    COMPANY, INC. LEVERAGED
    EMPLOYEE STOCK OWNERSHIP
    PLAN AND TRUST ("the ESOP"),
GERARD J. GRIFFIN, JR.,
BREWSTER STETSON,
JAMES MORIARTY, and
JOHN T. LEAHY,
    as they are or were
    Administrators and/or
    Trustees of the ESOP,
        Defendants.

## ORDER OF REASSIGNMENT

STEARNS, D.J.

Pursuant to Title 28, U.S.C., Section 636(c) and the consent of the parties, it is ORDERED that the above-styled case be, and it hereby is, REASSIGNED to United States Magistrate Judge Robert B. Collings for all purposes, including trial and the entry of judgment.

The Clerk is directed to REASSIGN the above-styled case to Magistrate Judge Collings.

Date: 5-21-04

RICHARD G. STEARNS,
U.S. District Judge.