

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MARY LOGAN, | \* |
| Plaintiff, | \* |
| v. | \* |
| MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEES' STOCK OWNERSHIP PLAN AND TRUST, AND GERARD J. GRIFFIN, JR., BREWSTER STETSON, JAMES MORIARTY AND JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the Merrimac Paper Co., Inc. Leveraged Employee Stock Ownership Plan, | \* Civil Action No. 03-12351-RGS |
| Defendants. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT OF DEFENDANT GERARD J. GRIFFIN, JR. FOR REASSIGNMENT TO MAGISTRATE JUDGE COLLINGS

Pursuant to the order of this Court, Defendant Gerard J. Griffin, Jr. hereby gives notice of his consent for _Mary Logan v. Merrimac Paper Co. Inc. Leveraged Employees' Stock Ownership Plan, et al._, Civil Action Number 03-12351 (RGS), to be re-assigned to Magistrate Judge Collings for all purposes, including the conducting of any trials in these actions.

Respectfully submitted,

GERARD J. GRIFFIN, JR,

By his Attorneys,

_____
Robert P. Joy, Esq.
B.B.O. #254820
Robert P. Morris, Esq.
B.B.O. #546052
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108-4472
(617) 523-6666

Dated: May 19, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on May 19, 2004, I caused a copy of the within pleading to be served by first class mail, postage prepaid, on Michael T. Gass and Christine M. O'Connor, Palmer & Dodge LLP, 111 Huntington Avenue at Prudential Center, Boston, MA 02199-7613; Joan Ackerstein and Richard W. Paterniti, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116; Michael T. Cetrone and Robert D. Webb, Nutter McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210-2604; Jeffrey B. Renton and Edward J. Denn, Gilbert & Renton LLC, 23 Main Street, Andover, MA 01810; Matthew A. Caffrey and Thomas P. Smith, Caffrey & Smith, P.C., 300 Essex Street, Lawrence, MA 01840; William R. Grimm, Hinckley, Allen and Snyder, LLP, 28 State Street, Boston, MA 02109; Bernard J. Bonn, III and Matthew A. Porter, Dechert, Price & Rhoads, Ten Post Office Square, Boston, MA 02109.

_____
Robert P. Morris