A-1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 15 P 3: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MARY LOGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-12351-RGS |
| ) | |
| MERRIMAC PAPER CO., INC. ) | RBC |
| LEVERAGED EMPLOYEES' STOCK ) | |
| OWNERSHIP PLAN AND TRUST, ) | |
| AND GERARD J. GRIFFIN, JR., ) | |
| BREWSTER STETSON, JAMES ) | |
| MORIARTY AND JOHN T. LEAHY, ) | |
| as they are or were Administrators and/or ) | |
| Trustees of the Merrimac Paper Co., Inc. ) | |
| Leveraged Employee Stock Ownership ) | |
| Plan, ) | |
| ) | |
| Defendants. ) | |

MOTION OF PLAINTIFF MARY LOGAN, FOR LEAVE TO SUBMIT
SUPPLEMENTAL STATEMENT PURSUANT TO APRIL 2, 2004 ORDER ON
DEFENDANTS' MOTION TO CONSOLIDATE

Pursuant to Local Rule 7.1(B)(3), Plaintiff, Mary Logan, seeks leave of Court to submit a Supplemental Statement pursuant to the April 2, 2004 Order on Defendants' Motion to Consolidate. The grounds for this Motion, as set forth in greater detail in the Supplemental Statement filed herewith, are that this Supplement will further elucidate her previously filed (May 19, 2004) Statement Pursuant to April 2, 2004 Order On Defendants' Motion To Consolidate. Additionally, the Supplemental Statement addresses questions raised by the Court at the hearing on May 26, 2004.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2).

Plaintiff's counsel has conferred with Defendants' counsel who neither assent nor oppose this Motion.

WHEREFORE, Plaintiff, Mary Logan, requests that this Motion be granted and that the Supplemental Statement Pursuant to April 2, 2004 Order On Defendants' Motion To Consolidate And Following May 26, 2004 Hearing, submitted herewith, be accepted for filing.

**MARY LOGAN**

By her attorneys,

Michael T. Cetrone (BBO #079980)
Robert D. Webb (BBO #555666)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Dated: June 15, 2004