# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 20  A 9: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **MARY LOGAN,** | \* |
| | \* |
| **Plaintiff,** | \* |
| | \* |
| **v.** | \* |
| | \* |
| **MERRIMAC PAPER CO., INC.** | \* |
| **LEVERAGED EMPLOYEES' STOCK** | \* |
| **OWNERSHIP PLAN AND TRUST,** | \* |
| **AND GERARD J. GRIFFIN, JR.,** | \* |
| **BREWSTER STETSON, JAMES** | \* |
| **MORIARTY AND JOHN T. LEAHY,** | \* |
| **as they are or were Administrators** | \* |
| **and/or Trustees of the Merrimac** | \* |
| **Paper Co., Inc. Leveraged Employee** | \* |
| **Stock Ownership Plan,** | \* |
| | \* |
| **Defendants.** | \* |

**Civil Action No. 03-12351-RBC**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED-TO MOTION OF INDIVIDUAL DEFENDANTS FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Brewster Stetson ("Stetson"), Gerard J. Griffin, Jr. ("Griffin"), James Moriarty ("Moriarty") and John T. Leahy ("Leahy") (collectively "individual Defendants") hereby move for an additional nine (9) days, or up to and including October 29, 2004, to serve their answers to Plaintiff's Complaint in the above-captioned matter. As grounds for this motion, the individual Defendants state that the additional time is necessary to prepare their responses to Plaintiff's Complaint. Moreover, lead counsel for Defendant Moriarty is on vacation during the week of October 18. This brief extension will not prejudice any party or delay this proceeding. Plaintiff's counsel has assented to the requested extension.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

On behalf of the individual Defendants, Robert P. Morris, counsel for Defendant Griffin, conferred with Michael Cetrone, counsel for Plaintiff, regarding the requested extension, who provided assent on behalf of Plaintiff.

WHEREFORE, the individual Defendants respectfully request that they be granted an extension of time of nine (9) days, or up to and including October 29, 2004, to serve their responses to Plaintiff's Complaint.

Respectfully submitted,

JAMES MORIARTY

By his attorneys,

Joan Ackerstein, (BBO# 348220)
Richard W. Paterniti (BBO# 645170)
JACKSON LEWIS LLP
One Beacon Street, Suite 3300
Boston, Massachusetts 02108
(617) 367-0025

Dated: October 20, 2004


BREWSTER STETSON AND JOHN T. LEAHY

By their attorneys,

Michael T. Gass (BBO#546874)
Christine M. O'Connor (BBO#647535)
PALMER & DODGE LLP
111 Huntington Avenue at Prudential Center
Boston, MA 02199
(617) 239-0100


Dated: October 20, 2004


GERARD GRIFFIN

By his attorneys,

Robert P. Joy (BBO# 254820 )
Robert P. Morris (BBO# 546052)
MORGAN, BROWN & JOY
One Boston Place
Boston, MA 02108
(617) 523-6666

Dated: October 20, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on October 20, 2004, I caused a copy of the within pleading to be served by first class mail on counsel for the Plaintiff Alan R. Eggert, Jeffrey B. Renton, GILBERT & RENTON LLC, 23 Main Street, Andover, MA 01810;

on counsel for the Plaintiff Ralph Harrison, Thomas P. Smith, CAFFREY & SMITH, P.C., 300 Essex Street, Lawrence, MA 01840;

on counsel for the Defendant Merrimac Paper Co., Inc., William R. Grimm, HINCKLEY, ALLEN & SNYDER, LLP , 28 State Street, Boston, MA 02109-1775;

on co-counsel for the Defendant Gerard J. Griffin, Jr., Matthew A. Porter and Bernard J. Bonn, III, DECHERT, 200 Clarendon Street, Boston, MA 02116;

on counsel for the Defendants Brewster Stetson and John T. Leahy, Michael T. Gass and Christine M. O'Connor, PALMER & DODGE LLP , 111 Huntington Avenue at Prudential Center, Boston, MA 02199-7613;

and on counsel for the Defendant James Moriarty, Joan Ackerstein and Richard W. Paterniti, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.

Robert P. Morris