## MORGAN, BROWN & JOY, LLP

ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

ROBERT P. MORRIS

FILED
IN CLERKS OFFICE

2005 FEB -7 A 10: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

Direct (617) 788-5018
rpm@morganbrown.com

February 7, 2005

**BY HAND**

Gina Affsa, Courtroom Clerk
Clerk's Office, Civil
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02110

    Re:   William L. Provost, Jr. v. Brewster Stetson, et al.,
            Civil Action No. 03-12504-RBC;
            Mary Logan v. Brewster Stetson, et al.,
            <u>Civil Action No. 03–12351-RBC</u>

Dear Ms. Affsa:

       This office represents the Defendant Gerard J. Griffin, Jr. in this matter. Pursuant to this Court's order dated January 25, 2005, I am writing on behalf of Mr. Griffin, and Defendants John T. Leahy, James Moriarty and Brewster Stetson (collectively, the "Defendants"), to report that Defendants are willing to participate in mediation. The Defendants' insurer will be present for the mediation. The Defendants do not wish to conduct any further discovery prior to the mediation. The Defendants' current time frame for conducting and concluding the mediation is on or before March 15, 2005. If, due to potential scheduling conflicts involving the mediator and the multiple parties to this action, additional time is needed to conclude mediation, Defendants request that the Court allow such time as may be needed.

                                             Very truly yours,

                                             Robert P. Morris

cc:    Robert P. Joy, Esq.

MORGAN, BROWN & JOY, LLP

Gina Affsa
February 7, 2005
Page 2

Michael T. Gass, Esq.
(by mail and fax, 617-227-4420)
Christine M. O'Connor, Esq.
(by mail and fax, 617-227-4420)
Joan Ackerstein, Esq.
(by mail and fax, 617-367-2155)
Richard W. Paterniti, Esq.
(by mail and fax, 617-367-2155)
Michael T. Cetrone, Esq.
(by mail and fax, 617-310-9243)
Robert D. Webb, Esq.
(by mail and fax, 617-310-9552)
Jeffrey B. Renton, Esq.
(by mail and fax, 978-475-1881)
Edward J. Denn, Esq.
(by mail and fax, 978-475-1881)
Thomas P. Smith, Esq.
(by mail and fax, 978-683-3399)
William R. Grimm, Esq.
(by mail)
Bernard J. Bonn, III, Esq.
(by mail)
Matthew A. Porter, Esq.
(by mail)