**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Mary Logan,<br>　　　　　　Plaintiff,<br><br>v.<br><br>MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST, et al.,<br>　　　　　　Defendants. | Civil No. 03-12351-RBC |
| William Provost, Jr.,<br>　　　　　　Plaintiff,<br><br>v.<br><br>MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST, et al.,<br>　　　　　　Defendants. | Pretrial coordinated with:<br><br>Civil No. 03-12504-RBC |
| ALAN R. EGGERT and RALPH HARRISON,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST (the "ESOP"), MERRIMAC PAPER CO., INC., in its corporate capacity and as Sponsor of the ESOP, and GERALD J. GRIFFIN, JR., BREWSTER STETSON, JAMES MORIARTY, and JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the ESOP,<br>　　　　　　Defendants. | and<br><br>Civil No.　03-10048-RBC |

270782.1

## NOTICE OF APPEARANCE

Please enter the appearance of Daniel G. Cromack of the law firm of Palmer & Dodge LLP, 111 Huntington Avenue, Boston, MA 02199-7613, as counsel for defendants Brewster Stetson and John T. Leahy.

|  |  |
|---|---|
|  | BREWSTER STETSON and JOHN T. LEAHY, |
|  | by their attorneys, |
|  |    /s/Daniel G. Cromack<br>Michael T. Gass (BBO #546874)<br>Christine O'Connor (BBO #647535)<br>Daniel G. Cromack (BBO #652252)<br>PALMER & DODGE LLP<br>111 Huntington Avenue at Prudential Center<br>Boston, MA 02199 |
| October 13, 2005 | (617) 239-0100 |