# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MARY LOGAN
        Plaintiff,

        v.

MERRIMAC PAPER CO.,
INC., ET AL,
        Defendants.

CIVIL ACTION NO:
03-12351-RBC

### ORDER RE: SETTLEMENT

COLLINGS, U.S.M.J.

    Counsel have advised that the above-styled case has settled. The hearing scheduled for Monday, December 12, 2005 is cancelled.

    Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Friday, January 13, 2006.**

                                        */s/ Robert B. Collings*
                                        ROBERT B. COLLINGS
                                        United States Magistrate Judge

December 12, 2005

Notice to:
Messrs. Michael T. Cetrone, Jeffrey B. Renton, Thomas B. Smith, William R. Grimm, Bernard J. Bonn, III, Matthew A. Porter, Robert P. Joy, Robert P. Morris, Christine M. O'Connor, Michael T. Gass, Daniel G. Cromack, Joan I. Ackerstein, Richard W. Paterniti, Robert D. Webb