UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

ALAN R. EGGERT and RALPH HARRISON, )
    **Plaintiffs**, )
)
v. )     Civil Action No. 03-10048-RBC
)
THE MERRIMAC PAPER COMPANY, INC. )
LEVERAGED EMPLOYEE STOCK )
OWNERSHIP PLAN AND TRUST (the "ESOP"), )
MERRIMAC PAPER CO., INC., in its corporate )
capacity and as Sponsor of the ESOP, and )
GERARD J. GRIFFIN JR., BREWSTER )
STETSON, JAMES MORIARTY, and JOHN T. )
LEAHY, as they are or were Administrators )
and/or Trustees of the ESOP, )
    **Defendants**. )
_____)
)
WILLIAM L. PROVOST, JR., )
    **Plaintiff**, )
)
v. )     Civil Action No. 03-12504-RBC
)
MERRIMAC PAPER CO., INC. LEVERAGED )
EMPLOYEE STOCK OWNERSHIP PLAN )
AND TRUST (the "ESOP"), and GERARD J. )
GRIFFIN, JR., BREWSTER STETSON, JAMES )
MORIARTY and JOHN T. LEAHY, as they are or )
were Administrators and/or Trustees of the ESOP, )
    **Defendants**. )
_____)
)
MARY LOGAN, )
    **Plaintiff**, )
)
v. )     Civil Action No. 03-12351-RBC
)
MERRIMAC PAPER CO., INC. LEVERAGED )
EMPLOYEE STOCK OWNERSHIP PLAN )
AND TRUST (the "ESOP"), and GERARD J. )
GRIFFIN, JR., BREWSTER STETSON, JAMES )
MORIARTY and JOHN T. LEAHY, as they are or )
were Administrators and/or Trustees of the ESOP, )
    **Defendants**. )
_____)

## PARTIES' JOINT MOTION TO CONTINUE DATE FOR FILING STIPULATIONS OF DISMISSAL

The parties in these related cases hereby jointly move the Court to continue the deadline of January 13, 2006 for the parties to file the papers necessary to remove the above-captioned actions from the Court's docket, to and including January 27, 2006. In support hereof, the parties state as follows:

1. After settlement was reported in this action, on December 12, 2005 this Court issued orders in the above-captioned actions that by the close of business on January 13, 2006, the parties file papers necessary to remove the cases from the Court's docket.

2. Given the number of attorneys involved in this action, and the recent holiday season, the parties have not yet reached final agreement on the settlement terms.

3. In order to allow the parties sufficient time to conclude the settlement agreement, the parties request that this Court extend by two (2) weeks, until January 27, the date for filing pleadings necessary to conclude this action.

WHEREFORE, the parties hereby request that this Court's order of December 12, 2005 in the above-referenced cases be amended such that they be afforded until the close of business on January 27, 2006, to file pleadings necessary to conclude this action.

Respectfully submitted,

2

| | |
|---|---|
| PLAINTIFF ALAN R. EGGERT,<br>By his attorneys, | PLAINTIFF RALPH HARRISON,<br>By his attorneys, |
| /s/Jeffrey B. Renton<br>Jeffrey B. Renton (BBO # 554032)<br>GILBERT & RENTON LLC<br>23 Main Street<br>Andover, MA 01810<br>(978) 475-7580 | /s/Thomas P. Smith<br>Thomas P. Smith (BBO #555513)<br>CAFFREY & SMITH, P.C.<br>300 Essex Street<br>Lawrence, MA 01840<br>(978) 686-6151 |
| PLAINTIFFS WILLIAM L. PROVOST, JR.,<br>and MARY LOGAN<br>By their attorneys, | DEFENDANT JAMES MORIARTY<br>By his attorneys, |
| /s/Michael T. Cetrone<br>Michael T. Cetrone (BBO #079980)<br>Robert D. Webb (BBO #555666)<br>NUTTER MCCLENNEN & FISH LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>(617) 439-2000 | /s/Richard Paterniti<br>Joan Ackerstein (BBO #348220)<br>Richard Paterniti (BBO #65170)<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |
| DEFENDANT GERARD GRIFFIN,<br>By his attorneys, | DEFENDANTS BREWSTER<br>STETSON and JOHN T. LEAHY,<br>By their attorneys, |
| /s/Robert P. Morris<br>Robert P. Joy (BBO #254820)<br>Robert P. Morris (BBO #546052)<br>MORGAN, BROWN & JOY<br>200 State Street, 11th Floor<br>Boston, MA 02109-2605<br>(617) 523-6666 | /s/Christine O'Connor<br>Michael T. Gass (BBO #546874)<br>Christine O'Connor (BBO #547535)<br>EDWARD ANGELL PALMER &<br>DODGE LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>(617) 239-0100 |

DATED: January 11, 2006