EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LOGAN,<br>**Plaintiff**,<br><br>v.<br><br>MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST (the "ESOP"), and GERARD J. GRIFFIN, JR., BREWSTER STETSON, JAMES MORIARTY and JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the ESOP,<br>**Defendants**. | Civil Action No. 03-12351-RBC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Mary Logan, and Defendants, Brewster Stetson, Gerard J. Griffin, Jr., James Moriarty, and John T. Leahy, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to any party.

Respectfully submitted,

| PLAINTIFF MARY LOGAN | DEFENDANT JAMES MORIARTY |
|---|---|
| By her attorneys, | By his attorneys, |
| /s/ Michael T. Cetrone  (RWP)<br>Michael T. Cetrone (BBO #079980)<br>Robert D. Webb (BBO #555666)<br>NUTTER MCCLENNEN & FISH LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>(617) 439-2000 | /s/ Richard W. Paterniti<br>Joan Ackerstein (BBO #348220)<br>Richard W. Paterniti (BBO #65170)<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

DEFENDANT GERARD GRIFFIN,
By his attorneys,

/s/ Robert P. Morris (RWP)
Robert P. Joy (BBO #254820)
Robert P. Morris (BBO #546052)
MORGAN, BROWN & JOY
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

DEFENDANTS BREWSTER STETSON and JOHN T. LEAHY,
By their attorneys,

/s/ Michael T. Gass (RWP)
Michael T. Gass (BBO #546874)
Christine O'Connor (BBO #547535)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

DATED: January 27, 2006