## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
*************************************
MARY LOGAN,                             *
                                        *
         Plaintiff,                     *
                                        *
v.                                      *
                                        *
MERRIMAC PAPER CO., INC.                *
LEVERAGED EMPLOYEES' STOCK              *      Civil Action No. 03-12351-RBC
OWNERSHIP PLAN AND TRUST,               *
AND GERARD J. GRIFFIN, JR.,             *
BREWSTER STETSON, JAMES                 *
MORIARTY AND JOHN T. LEAHY,             *
as they are or were Administrators      *
and/or Trustees of the Merrimac         *
Paper Co., Inc. Leveraged Employee      *
Stock Ownership Plan,                   *
                                        *
         Defendants.                    *
*************************************
```

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Mary Logan hereby dismisses all claims in this action against the Merrimac Paper Co., Inc. Leveraged Employee Stock Ownership Plan and Trust (the "ESOP"), with prejudice, and without costs or attorneys' fees to any party. The ESOP has served neither an answer nor a motion for summary judgment in this action.

Respectfully submitted,

PLAINTIFF MARY LOGAN,

By her attorneys,

/s/ Michael T. Cetrone
Michael T. Cetrone (BBO #079980)
Robert D. Webb (BBO #555666)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Dated: January 31, 2006

**CERTIFICATE OF SERVICE**

    I, Michael T. Cetrone, certify that on January 31, 2006, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

s/Michael T. Cetrone
Michael T. Cetrone